UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TRANSCARE CORPORATION, *et al.*,

        Debtors,

SHAMEEKA IEN on behalf of herself and all others similarly situated,

        Plaintiff,

        v.

TRANSCARE CORPORATION, TRANSCARE NEW YORK, INC., TRANSCARE ML, INC., TC AMBULANCE GROUP, INC., TRANSCARE MANAGEMENT SERVICES, INC., TCBA AMBULANCE, INC., TC BILLING AND SERVICES CORPORATION, TRANSCARE WESTCHESTER, INC., TRANSCARE MARYLAND, INC., TC AMBULANCE NORTH, INC., AND TRANSCARE HARTFORD COUNTY, INC., LYNN TILTON, ARK CLO 2001-1 LIMITED, ARK INVESTMENT PARTNERS II, L.P., PATRIARCH PARTNERS, LLC, AND PATRIARCH PARTNERS III, LLC,

        Defendants.

Bankr. Case. No. 16-10407-SMB
Chapter 7
(Jointly Administered)

Adversary Proceeding No. 16-cv- 01033-SMB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendants Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners III, LLC, Ark Clo 2001-1 Limited, and Ark Investment Partners II, L.P. (collectively, "Defendants") may move, answer, or otherwise respond to the Complaint is hereby extended from April 4, 2016, to and including April 22, 2016 for Defendants to sufficiently

review the Complaint and file their response.  There has been no previous request for extension

of time in connection with this matter.  Facsimile or electronic signatures on this Stipulation are

hereby deemed originals.  No provision of this Stipulation and Order shall be construed as a

waiver of, and Defendants, hereby expressly reserve, any and all defenses.


Dated:  New York, New York
        April 4, 2016


By:  */s/ Jack A. Raisner*                    By:  */s/Kathleen M. McKenna*
_____                 _____
     Jack A. Raisner                               Kathleen M. McKenna
     René S. Roupinian                             Allan S. Bloom
     OUTTEN & GOLDEN, LLP                          PROSKAUER ROSE LLP
     3 Park Avenue, 29th Floor                     Eleven Times Square
     New York, NY 10016                            New York, New York 10036
     (212) 245-1000                                (212) 969-3000
     jar@outtengolden.com                          kmckenna@proskauer.com
     rsr@outtengolden.com                          abloom@proskauer.com
     *Attorneys for Plaintiff*                     *Attorneys for Defendants*
                                                   *Lynn Tilton, Patriarch Partners*
                                                   *LLC, Patriarch Partners III, LLC,*
                                                   *Ark Clo 2001-1 Limited, and Ark*
                                                   *Investment Partners II, L.P.*



                              SO ORDERED this ___ day of April 2016


                              _____
                              HON. STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE



                                       2