

April 4, 2016

Jack A. Raisner
jar@outtengolden.com

<u>Via E-mail and ECF</u>
Honorable Stuart M. Bernstein
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *Shameeka Ien v. Transcare Corporation, et al.*,
      Adversary Proceeding No. 16-01033-smb

Dear Judge Bernstein,

We represent Plaintiff Shameeka Ien and the putative class in the above-referenced adversary proceeding.

As indicated in the letter from their counsel, we do not object to the pretrial conference adjournment request of Non-Debtor Defendants Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners III, LLC, Ark Clo 2001-1 Limited, and Ark Investment Partners II, L.P.  Plaintiff's counsel, however, do intend to go forward with the conference as to the Debtor-Defendants, unless the court instructs otherwise.

Very Truly Yours,

Jack A. Raisner

cc:   Kathleen M. McKenna, Esq. (Via e-mail and ECF)
      Allan S. Bloom, Esq. (Via e-mail and ECF)
      Holly R. Holecek, Esq. (Via e-mail and ECF)

**New York**  3 Park Avenue  29th Floor   New York, NY 10016   Tel (212) 245-1000 Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 4700   Chicago, IL 60601   Tel (312) 809-7010 Fax (312) 809-7011
**San Francisco**  One Embarcadero Street  38th Floor   San Francisco, CA 94111   Tel (415) 638-8800 Fax (415) 638-8810

www.outtengolden.com