UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*,<br><br>Debtors,<br><br>SHAMEEKA IEN on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCARE CORPORATION, TRANSCARE NEW YORK, INC., TRANSCARE ML, INC., TC AMBULANCE GROUP, INC., TRANSCARE MANAGEMENT SERVICES, INC., TCBA AMBULANCE, INC., TC BILLING AND SERVICES CORPORATION, TRANSCARE WESTCHESTER, INC., TRANSCARE MARYLAND, INC., TC AMBULANCE NORTH, INC., AND TRANSCARE HARTFORD COUNTY, INC., LYNN TILTON, ARK CLO 2001-1 LIMITED, ARK INVESTMENT PARTNERS II, L.P., PATRIARCH PARTNERS, LLC, AND PATRIARCH PARTNERS III, LLC,<br><br>Defendants. | Bankr. Case. No. 16-10407-SMB<br>Chapter 7<br>(Jointly Administered)<br><br>Adversary Proceeding No. 16-cv- 01033-SMB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendants Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners III, LLC, Ark Clo 2001-1 Limited, and Ark Investment Partners II, L.P. (collectively, "Defendants") may move, answer, or otherwise respond to the Complaint is hereby extended from April 4, 2016, to and including April 22, 2016 for Defendants to sufficiently

review the Complaint and file their response. There has been no previous request for extension of time in connection with this matter. Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants, hereby expressly reserve, any and all defenses.

Dated: New York, New York
April 4, 2016

By: */s/ Jack A. Raisner*
Jack A. Raisner
René S. Roupinian
OUTTEN & GOLDEN, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
jar@outtengolden.com
rsr@outtengolden.com
*Attorneys for Plaintiff*

By: */s/Kathleen M. McKenna*
Kathleen M. McKenna
Allan S. Bloom
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
kmckenna@proskauer.com
abloom@proskauer.com
*Attorneys for Defendants
Lynn Tilton, Patriarch Partners
LLC, Patriarch Partners III, LLC,
Ark Clo 2001-1 Limited, and Ark
Investment Partners II, L.P.*

SO ORDERED this 5th day of April 2016

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE