# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*, | Bankr. Case No. 16-10407-DSJ<br>Chapter 7<br>(Jointly Administered) |
| SHAMEEKA IEN on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCARE CORPORATION, TRANSCARE NEW YORK, INC., TRANSCARE ML, INC., TC AMBULANCE GROUP, INC., TRANSCARE MANAGEMENT SERVICES, INC., TCBA AMBULANCE, INC., TC BILLING AND SERVICES CORPORATION, TRANSCARE WESTCHESTER, INC., TRANSCARE MARYLAND, INC., TC AMBULANCE NORTH, INC. AND TRANSCARE HARFORD COUNTY, INC., LYNN TILTON, ARK CLO 2001-1 LIMITED, ARK INVESTMENT PARTNERS II, L.P., PATRIARCH PARTNERS, LLC, and PATRIARCH PARTNERS III, LLC,<br><br>Defendants. | Adv. Proceeding No. 16−01033−DSJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that P. Kramer Rice of Proskauer Rose LLP hereby appears in the above-captioned proceeding pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure on behalf of Ark II CLO 2001-1 Limited ("Ark II CLO"), Ark Investment Partners II, L.P. ("AIP II"), Patriarch Partners, LLC ("Patriarch Partners"), Patriarch Partners III, LLC

("Patriarch III") and Ms. Lynn Tilton (collectively the "Non-Debtor Defendants"), in the above-referenced Proceeding.

Dated: August 12, 2022
New York, New York

Respectfully submitted,

/s/ P. Kramer Rice
P. Kramer Rice
PROSKAUR ROSE LLP
Eleven Times Square
New York, New York 10036
Tel.: (212) 969-3000
Fax: (212) 929-2900
Email: krice@proskauer.com