| IN THE UNITED STATES BANKRUPTCY COURT | |
|---|---|
| FOR THE SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>TRANSCARE CORPORATION, et al., | Case No.: 16-10407-DSJ<br>Chapter 7<br>(Jointly Administered) |
| SHAMEEKA IEN on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCARE CORPORATION, TRANSCARE NEW YORK, INC., TRANSCARE ML, INC., TC AMBULANCE GROUP, INC., TRANSCARE MANAGEMENT SERVICES, INC., TCBA AMBULANCE, INC., TC BILLING AND SERVICES CORPORATION, TRANSCARE WESTCHESTER, INC., TRANSCARE MARYLAND, INC., TC AMBULANCE NORTH, INC. AND TRANSCARE HARFORD COUNTY, INC., LYNN TILTON, ARK CLO 2001-1 LIMITED, ARK INVESTMENT PARTNERS II, L.P., PATRIARCH PARTNERS, LLC, and PATRIARCH PARTNERS III, LLC,<br><br>Defendants. | Adv. Pro. No.: 16−01033−DSJ |

### ORDER APPROVING ADDENDUM TO SETTLEMENT AGREEMENT, AUTHORIZING THE TRUSTEE TO TAKE ALL STEPS NECESSARY TO IMPLEMENT THE ADDENDUM TO SETTLEMENT AGREEMENT, AND GRANTING RELATED RELIEF

**UPON** the Order entered on June 21, 2021 ("Approval Order") [ECF No. 188], approving

on a final basis a Settlement Agreement dated February 25, 2021 ("Settlement Agreement")

between Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of

TransCare Corporation, et al (collectively, "Debtors") and plaintiff Shameeka Ien ("Plaintiff"),

on behalf of herself and the certified class of similarly situated former employees of Debtors, and

granting related relief; and upon the Trustee's motion dated July 31, 2024 ("Motion")[1] [ECF No.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

1

213] seeking entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and 363 ("Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"): (i) approving an Addendum to Settlement Agreement by and among the Trustee, Plaintiff, and Local 1181-1061, Amalgamated Transit Union, AFL-CIO ("Union"); (ii) authorizing the Trustee to take all steps necessary to implement the Addendum to Settlement Agreement; and (iii) granting such other and further relief as is just and proper; and upon the Affidavit of Service evidencing proof of service of the Motion [ECF No. 214]; and no objections to the Motion having been filed; and due and adequate notice of the Motion having been given under the circumstances; and it appearing that no other notice need be given; and upon the hearing conducted on September 5, 2024 ("Hearing"), the transcript of which is incorporated by reference herein; and after due deliberation and good cause appearing therefor, it is hereby **FOUND AND DETERMINED THAT**:[2]

A.      This Court has jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

B.      Good and sufficient notice of the relief sought in the Motion has been given and no further notice is required. A reasonable opportunity to object or be heard regarding the relief requested in the Motion has been afforded to interested persons and entities.

C.      The Trustee has demonstrated that the agreement reflected in the Addendum to Settlement Agreement is a fair and reasonable settlement of the dispute at issue, a proper exercise of the Trustee's business judgment, and is in the best interests of the Debtors' estates.

---

[2]      Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact, when appropriate. See FED. R. BANKR. P. 7052.

D.     The Trustee has articulated good and sufficient reasons for this Court to grant the relief requested in the Motion.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.     All objections to the Motion or the relief requested in the Motion, if any, that have not been withdrawn, waived, or settled, and all reservation of rights in such objections, if any, shall be and hereby are, OVERRULED in all respects on the merits and denied.

2.     The Motion is GRANTED and the Addendum to Settlement Agreement, a copy of which is annexed as **Exhibit A**, is authorized and approved in its entirety.

3.     In accordance with the terms of the Addendum to Settlement Agreement, American Legal Claim Services, LLC shall serve as the settlement administrator on behalf of the Class ("Settlement Administrator"). The Trustee is authorized to disburse the funds comprising the Allowed Claim, as set forth in the Addendum to Settlement Agreement, in the amount of $17,500,000 from the TransCare Corporation estate to the Settlement Administrator. The Settlement Administrator shall be responsible for, inter alia, distributing Class Counsel's Fees and Expenses, the Class Representative Service Payment, the individual Class Member settlement checks, IRS Form 1099s and W-2s, taxes, if any, associated with distribution of the above payments, and the payment of unclaimed funds into the Clerk of the Bankruptcy Court as more fully set forth in paragraphs 3, 4, 9, 10, and 11 of the Settlement Agreement.

4.     The Trustee is hereby authorized to pay, in addition to the Allowed Claim, from the TransCare Corporation estate: (a) the fees due the Settlement Administrator, as set forth in the Addendum to Settlement Agreement and the Motion; and (b) the employer's share of payroll or estate taxes, each without further Order of the Court.

5.     The Trustee is hereby authorized and empowered to take such steps and perform

such acts as maybe necessary to implement and effectuate the terms of this Order.

6.      Except as set forth in the Addendum to Settlement Agreement, all other terms and provisions of the Settlement Agreement remain in full force and effect.

7.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: New York, New York
      September 6, 2024

                *s/ David S. Jones*
                Honorable David S. Jones
                United States Bankruptcy Judge

# EXHIBIT A

## **ADDENDUM TO SETTLEMENT AGREEMENT**

This *Addendum to Settlement Agreement* (the "Addendum"), is entered into by and among Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") for TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc., TransCare Hartford County, Inc. (collectively the "Initial Debtors"), TransCare Pennsylvania, Inc., TC Hudson Valley Ambulance Corp., and TC Ambulance Corporation (collectively the "Later-Filed Debtors," and together with the Initial Debtors, the "Debtors"), Plaintiff Shameeka Ien ("Plaintiff") on behalf of herself and the certified class of similarly situated former employees of Debtors, and Local 1181-1061, Amalgamated Transit Union, AFL-CIO (the "Union") (the Trustee, Plaintiff and the Union are hereinafter referred to as the "Parties" and each a "Party") as of the date set forth below:

WHEREAS, on February 25, 2021, the Plaintiff and the Trustee executed the Settlement Agreement[1], resolving Plaintiff's adversary proceeding complaint against the Debtors, which the Court preliminarily approved on March 31, 2021, subject to notice and an opportunity to object and, on June 21, 2021, granted final approval of the Settlement Agreement, including Class Counsel's request for attorneys' fees and expenses and the service payment to the Class Representative. [D.I. 177, 188];

WHEREAS, on July 28, 2021, Class Counsel requested approval, consistent with the Court's final approval order, to provide notice and an opportunity to opt-out to an additional nineteen (19) class members, which the Court granted on October 29, 2021. [D.I. 190, 198]. Notice

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the February 25, 2021 Settlement Agreement.

was provided on November 12, 2021, and none of the additional class members elected to opt-out of the certified class. [D.I. 212];

WHEREAS, the Settlement Agreement contemplated fixing the amount of the Allowed Claim, as that term is defined in the Settlement Agreement, at Plaintiff's trial against the Non-Debtor Defendants, Lynn Tilton, Patriarch Partners, Inc., Patriarch Partners III, LLC or by conferral and agreement. (Settlement Agreement, ¶ 2);

WHEREAS, on September 14, 2022, Plaintiff and the Non-Debtor Defendant stipulated to stay submission of a joint pretrial order and the setting of a pretrial conference pending a decision from the Second Circuit Court of Appeals in the cases *In re TransCare Corporation*, Case Nos. 21-02576 and 21-02547;

WHEREAS, on or about August 28, 2023, the Second Circuit affirmed the judgment in favor of the Trustee in the amount of approximately $39.2 million against Lynn Tilton, Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc., and Transcendence Transit II, Inc.

WHEREAS, Plaintiff asserts that the Class's asserted WARN and wage claims exceed $24 million in damages, exclusive of attorneys' fees and interest;

WHEREAS, Plaintiff and the Trustee wish to resolve the amount of the Allowed Claim without the delay, expense and uncertainty associated with a trial between Plaintiff and the Non-Debtor Defendants.

WHEREAS, in the interest of judicial economy, preservation of the Debtor's assets for the benefit of all creditors, Plaintiff and the Trustee have reached an agreement on the amount of the Allowed Claim as contemplated by the Settlement Agreement, with the goal of payment to the Class this calendar year.

WHEREAS, the amount of the Allowed Claim referenced herein is the result of compromise following good faith, arms' length negotiations, and reflects the limited funds in the Debtors' estates.

WHEREAS, the Union filed proofs of claims #299, 300, 307 and 308 in the estate of TransCare Corporation with claims #299 and 300 listed as claims in the Transcare New York, Inc. (the "Union Claims").

NOW THEREFORE, in consideration of the foregoing recitals and incorporating by reference the Settlement Agreement Plaintiff and the Trustee, intending to be fully bound, and the Union, intending to be fully bound as to paragraphs 2 and 3 below only, hereby stipulate and agree as follows:

1.  Allowed Claim - Paragraph 2 of the Settlement Agreement is amended to provide that the Class shall have an allowed 11 U.S.C. §507(a)(4) priority claim in the TransCare Corporation case in the amount of Seventeen Million Five Hundred Thousand ($17,500,000) Dollars (the "Allowed Claim") to be paid by the Trustee to the Settlement Administrator within ten business days of an order of the Bankruptcy Court approving this Addendum becoming final. The payment of the Allowed Claim shall be in full and final satisfaction of all alleged claims arising from or related to the WARN Acts, as that term is defined in the Settlement Agreement. The Class shall waive any and all claims for WARN damages or unpaid wages or unpaid paid time off ("PTO"), to include, without limitation, any such priority and general unsecured claim against any of the Debtors' estates in exchange for payment in full of the Allowed Claim.

2.  The Parties, including the Union, intending to be fully bound, agree that the Class's unpaid wages and PTO claims encompass and subsume the identical claims asserted in the Union Claims, and that no portion of those claims are being adjudicated under the Settlement Agreement.

3

Rather, they are the subject of a liability judgment in favor of the Class against the Non-Debtor Defendants in their Adversary Proceeding (No. 16-01033), which the Class shall have the right to continue to prosecute against the Non-Debtor Defendants. In the interest of an orderly, expedited distribution, the Class and Union release the Trustee and related parties of all claims arising out of the Complaint as set forth in paragraph 12 of the Settlement Agreement and the Union Claims, with the reservation of all rights to pursue such claims against the Non-Debtor Defendants. For clarity, this reservation of rights includes, without limiting any of the above, the Union's claims to be entitled to be paid its dues as described in the Union's proofs of claim.

3. The Parties, including the Union, intending to be fully bound, agree that the Union Claims, as set forth in <u>Schedule A</u>, shall be deemed withdrawn and disallowed in any and all of the Debtors' estates and the Union shall have no other allowed claim against any of the Debtors' estates.

4. The claims, together with all amendments, of the Class members that have filed claims in the cases identified on <u>Schedule B</u>, shall be withdrawn, and disallowed in those cases, and such claims shall be paid in accordance with the Allowed Claim under the Settlement Agreement and this Addendum.

5. The claims, together with all amendments, of the Class members that have filed claims in the TransCare Corporation estate identified on Schedule C shall be deemed settled and withdrawn against the TransCare Corporation estate and such claims shall be paid in accordance with the Allowed Claim under the Settlement Agreement and this Addendum.

6. <u>Settlement Administrator</u> – Class Counsel shall retain the services of American Legal Claim Services as the settlement administrator (the "Settlement Administrator") to handle the administration of the settlement through a qualified settlement fund. The Settlement

Administrator shall be responsible for, *inter alia*, distributing Class Counsel's Fees and Expenses, the Class Representative Service Payment, the individual Class Member settlement checks, IRS Form 1099s and W-2s, taxes, if any, associated with distribution of the above payments, and the payment of unclaimed funds into the Clerk of the Bankruptcy Court as more fully set forth in paragraphs 3, 4, 9, 10, and 11 the Settlement Agreement. The TransCare Corporation estate shall bear the cost of the Settlement Administrator's services and the employer's share of any payroll taxes and pay them from funds separate from the Allowed Claim.

7. <u>Payment of the Allowed Claim</u> – Paragraph 6 of the Settlement Agreement is amended to provide that, subject to Court approval, the Trustee shall pay the Allowed Claim to the Settlement Administrator within ten business days of an order of the Bankruptcy Court approving this Addendum becoming final.

8. <u>Treatment of Unclaimed Funds</u> - Paragraph 11 of the Settlement Agreement is amended to provide that any distribution to Class Members that are not deposited or presented for payment within one hundred eighty (180) days of the date of distribution shall be deemed unclaimed funds to be first distributed to anyone omitted from the Settlement Class, who Class Counsel qualify to be Class Members, with any remaining funds deposited with the Clerk of the Court.

9. <u>Class Members' Exclusive Remedy</u> – Paragraph 13 of the Settlement Agreement is amended to provide that the Court shall disallow the remaining WARN claim and disallow and expunge any individually filed proofs of claim of class members for WARN damages or unpaid wages or unpaid paid time off ("PTO") without prejudice to the Class seeking its remedies in full for unpaid wages and/or PTO amounts from the Non-Debtor Defendants.

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

IN WITNESS WHEREOF, the Parties have executed and delivered this Settlement Agreement as of the date first written above.

**LaMONICA HERBST & MANISCALCO, LLP**

By: 

*Counsel for the Chapter 7 Trustee, Salvatore LaMonica*

**RAISNER ROUPINIAN LLP**

By: 

*Counsel for the Class Representative and certified Class*

**LOCAL 1181-1061, AMALGAMATED TRANSIT UNION, AFL-CIO**

By: 

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

<u>**EXHIBIT A**</u>

**TRANSCARE CORPORATION, Case No.: 16-10407**

| <u>**Union Claimant**</u> | <u>**Claims to be Withdrawn**</u> |
|---|---|
| Local 1181-1061, Amalgamated Transit Union, AFL-CIO | 299 |
| Local 1181-1061, Amalgamated Transit Union, AFL-CIO | 300 |
| Local 1181-1061, Amalgamated Transit Union, AFL-CIO | 307 |
| Local 1181-1061, Amalgamated Transit Union, AFL-CIO | 308 |

## EXHIBIT B

**TRANSCARE WESTCHESTER, INC., Case No.: 16-10414**

| Claimant | Claims to be Withdrawn |
|---|---|
| Nancy B. Adler | 1 |
| Caitlin Cannizzaro | 2 |
| Kevin P. Kelly | 3 |

**TCBA AMBULANCE, INC., Case No.: 16-10412**

| Claimant | Claims to be Withdrawn |
|---|---|
| Kevin P. Kelly | 1 |
| Mark Urman | 4 |

**TC AMBULANCE CORPORATION, Case No.: 16-11058**

| Claimant | Claims to be Withdrawn |
|---|---|
| Kinsey Chance | 2 |
| Mark Urman | 4 |

**TC AMBULANCE GROUP NORTH, INC., Case No.: 16-10416**

| Claimant | Claims to be Withdrawn |
|---|---|
| Kevin P. Kelly | 1 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| Claimant | Claims to be Withdrawn |
|---|---|
| Mark Urman | 4 |

## TRANSCARE ML, INC., Case No.: 16-10409

| Claimant | Claims to be Withdrawn |
|---|---|
| Kevin P. Kelley | 2 |

## TRANSCARE PENNSYLVANIA, INC., Case No.: 16-11057

| Claimant | Claims to be Withdrawn |
|---|---|
| Donna Nawojski | 14 |
| Earl Kossuth | 5 |
| Heather McCracken | 13 |
| James Petro | 6 |
| James Petro | 7 |

## TC HUDSON VALLEY AMBULANCE CORP., Case No.: 16-11059

| Claimant | Claims to be Withdrawn |
|---|---|
| Christopher C. Deierlein | 5 |
| Megan Adams | 4 |
| Melvina Spencer−Johnson | 15 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

**TRANSCARE MARYLAND, INC., Case No.: 16-10415**

| <u>Claimant</u> | <u>Claims to be Withdrawn</u> |
|---|---|
| Christopher Richard Dalton | 4 |
| Claudia D. Coggins | 8 |
| Kenneth Miller | 10 |
| Kevin P. Kelly | 3 |
| Kinsey Rouse Chance | 18 |
| Leslie S. Terrell | 5 |
| Lynnette Diane Barker | 11 |
| Mary Theresa Helms | 6 |
| Roxianna M. Eller | 1 |
| Ted W. Snyder | 2 |

**TC AMBULANCE GROUP, INC., Case No.: 16-10410**

| <u>Claimant</u> | <u>Claims to be Withdrawn</u> |
|---|---|
| Kevin P. Kelly | 1 |
| Mark Urman | 4 |

**TRANSCARE NEW YORK, INC., Case No.: 16-10408**

| <u>Claimant</u> | <u>Claims to be Withdrawn</u> |
| --- | --- |
| Anthony Albaladejo | 3 |
| Benjamin Avile | 8 |
| Brittany Schultz | 35 |
| Carlos Sosa | 13 |
| Chidanand Ketwaroo | 80 |
| David Mader | 7 |
| Dioeval Martinez, Jr. | 11 |
| Elaine E. Daly | 26 |
| Elaine E. Daly | 65 |
| Elizabeth Sanger | 69 |
| Elsie Torres | 5 |
| Emigdia Alomar | 4 |
| Eric Hammermeister | 6 |
| Ilia-Aurora Lebron | 18 |
| Ivan Figueredo | 20 |
| Jeffrey M. Bailey | 27 |

| **Claimant** | **Claims to be Withdrawn** |
| --- | --- |
| Jessica Can Ord | 49 |
| John Forest | 9 |
| John Henderson | 2 |
| Kevin P. Kelly | 23 |
| Lyudmila Braverman | 41 |
| Marco Palacios | 14 |
| Mark Urman | 66 |
| Matthew Ferri | 70 |
| Metaga Coulibaly | 42 |
| Michael Dupont | 1 |
| Michael Moriarty | 30 |
| Michael O. Young | 47 |
| Michelle Colon | 17 |
| Miriam Mena | 16 |
| Patrick Lombardo | 21 |
| Pesach H S Zirkind | 19 |
| Rebecca Li | 10 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Shannan Greaves | 12 |
| Susanne Townsend-Soriano | 72 |
| Valentin Men | 15 |
| Vito Lukats | 38 |
| Vyacheslav Shchensek | 43 |
| Yelena Serbinenko | 44 |
| Yevgeniy Pyatosin | 25 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

## <u>EXHIBIT C</u>

**TRANSCARE CORPORATION, Case No.: 16-10407**

| <u>Claimant</u> | <u>Claims to be Withdrawn</u> |
| --- | --- |
| Aaron Butler | 550 |
| Abraham Azar | 510 |
| Alam De Los Angeles Cuello | 36 |
| Alam De Los Angeles Cuello | 44 |
| Alejandrina Cleary | 578 |
| Aleksandr Bogopolskiy | 68 |
| Aleksandr Bogopolskiy | 375 |
| Alexander Monroe | 464 |
| Alfonso Sterling | 240 |
| Alfonso Sterling | 433 |
| Ali Chamorro | 113 |
| Alioune B. Diagne | 268 |
| Alioune B. Diagne | 383 |
| Allan B. Schnitzer | 187 |
| Alvin Barton | 634 |

| **Claimant** | **Claims to be Withdrawn** |
| --- | --- |
| Amanda Nichols | 91 |
| Anasha Ally | 218 |
| Anatoliy Marutov | 181 |
| Andrew A, Resnik | 288 |
| Andrew P. Wooster | 139 |
| Andrey Odes | 313 |
| Angel Rodriguez | 617 |
| Angela Citro | 94 |
| Anil P. Baiju | 458 |
| Annett Jordan | 221 |
| Anthony Biddy | 656 |
| Anthony Citro | 311 |
| Anthony L. Murray | 289 |
| Anthony L. Murray | 397 |
| Anthony Rolon | 73 |
| Anthony W. Giraulo | 238 |
| Antonio Ramos | 435 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Arlene Diaz | 497 |
| Armando Rios | 129 |
| Ashaad Ally | 217 |
| Ashaad Ally | 446 |
| Ashley Bipat | 522 |
| Ashley Capone | 6 |
| Ashley Lawrence | 511 |
| Atoya Bailey | 593 |
| Audwin Cameron | 176 |
| Audwin Cameron | 408 |
| Azure Freeman | 582 |
| Barbara Santiago | 319 |
| Barbara Williams | 376 |
| Barry J Sanders | 411 |
| Barry Kahn | 285 |
| Becky Miller | 364 |
| Benedict Legrand | 245 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Benedict Legrand | 607 |
| Benjamin Blakeney | 306 |
| Bennie Mitchell | 144 |
| Beth Perlowitz | 599 |
| Boris Broskin | 175 |
| Boris Broskin | 498 |
| Boris Nayberg | 179 |
| Brett Dillion | 4 |
| Brian Davey | 526 |
| Brian DeRoberts | 362 |
| Brian Goldberg | 341 |
| Brian Hegarty | 338 |
| Brian J Gouza | 477 |
| Brian Payne | 211 |
| Brian Rivera | 114 |
| Brian Shumack | 150 |
| Brian Stevens | 47 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Brian T Furlong | 588 |
| Bryan A. Shabe | 205 |
| Bryan Meehan | 589 |
| Bryan S. Meehan | 122 |
| Bryant Eason | 189 |
| Candice K. Britton | 125 |
| Carin E. Frank | 239 |
| Carlos M. Febus | 101 |
| Carlos Sosa | 321 |
| Carmen Gonzalez | 491 |
| Carolina Zea | 33 |
| Carrie Fiato | 304 |
| Carrie Paolillo | 610 |
| Casey Riello | 98 |
| Cesar Martin | 81 |
| Chancy J Law | 52 |
| Change Healthcare | 655 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Charles Foster | 174 |
| Charlin Aubourg | 502 |
| Chelsea Davey | 524 |
| Cherice Cameron | 382 |
| Cherilyn Jones | 168 |
| Chidanand Ketwaroo | 662 |
| Chidanand Ketwaroo | 664 |
| Christian Martinez | 112 |
| Christina Estevez | 421 |
| Christina Hardy | 568 |
| Christina Pitonza | 207 |
| Christine Young | 429 |
| Christopher Acanfora | 426 |
| Christopher Lee | 619 |
| Christopher M Sample | 646 |
| Christopher Pascal | 210 |
| Clairmonte RB Punch | 484 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Claudia D. Coggins | 247 |
| Clifford Guilloteau | 286 |
| Clyde Alleyne | 290 |
| Collin Dwyer | 621 |
| Conway Sutherland | 485 |
| Corin F. Liantaud | 284 |
| Cornell Knight Jr | 641 |
| Coronda Love | 541 |
| Coronda Love | 659 |
| Coulibaly Metaga | 190 |
| Craig Terry | 569 |
| Crystal Howell | 596 |
| Crystal Melissa Howell | 182 |
| Custodio Castillo | 350 |
| Dalibel Garcia | 34 |
| Daniel Oyuela | 115 |
| Daphmy Francois | 20 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Darline Lawrence | 404 |
| David Aaron Howard | 386 |
| David Aprea | 236 |
| David E. Cushman | 178 |
| David E. Hart | 138 |
| David Ebert | 157 |
| David Johnson | 265 |
| David Lint | 529 |
| David M. Bell | 154 |
| David Mingot | 163 |
| David William Stanley | 381 |
| Dawn Huffman | 1 |
| Dayhana Felipe | 653 |
| Deanna Hansen | 564 |
| Debora D. Steiner | 196 |
| Delroy Livingston | 439 |
| Denis Malyshev | 283 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Denis Malyshev | 427 |
| Denise Laboy | 594 |
| Denise Lynn Kerlin | 135 |
| Dennis Foster | 173 |
| Dennis P. Murphy | 11 |
| Dennis White | 495 |
| Derick Coard | 400 |
| Derrick Jackson | 562 |
| Devonnie Jarrod Thompson | 147 |
| Diego Yearwood | 636 |
| Dinesh Dyal | 99 |
| Donna Lisa Herbst | 111 |
| Donna Lisa Herbst | 651 |
| Donna Nawojski | 209 |
| Donna Nawojski | 377 |
| Dwayne Thornhill | 445 |
| Earl Anthony Lewis | 259 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Edenson Gedeon | 262 |
| Edgar Paucar | 555 |
| Edmond Lukasiewicz | 185 |
| Edward J. Becker | 88 |
| Edward J. Becker | 552 |
| Edwin Napoleoni | 624 |
| Efrain Santiago | 557 |
| Elizabeth Pacel | 371 |
| Elsie Torres | 548 |
| Emily C. Bueti | 539 |
| Emmanuel Kiouzellis | 407 |
| Enri Sosa | 32 |
| Eric Curtis | 626 |
| Eric Dairsow | 629 |
| Eric Foell | 103 |
| Eric K. Calderon | 96 |
| Eric T. Kunz | 251 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Eric Williams | 450 |
| Ernest H. Perez | 618 |
| Ernst H. Theimer | 374 |
| Ernst Theimer | 153 |
| Estime Jean Robert | 480 |
| Eurgle Ruan | 224 |
| Felicia Sparkman | 639 |
| Felicitas Martin | 663 |
| Felix Gonzalez | 444 |
| Francis Cross | 127 |
| Francis Ludwig | 170 |
| Francisco Benesario | 412 |
| Franschezca Nieves | 9 |
| Fred C. Johnston, Jr | 202 |
| Freddy Severino | 162 |
| Freddy Severino | 199 |
| Frederick Wern | 26 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Fregue Fredeling | 438 |
| Gabrielle Allen | 280 |
| Garfield A. Bryan | 481 |
| Garfield A. Bryan | 501 |
| Garrett Michael Socci | 38 |
| Garrett Michael Socci | 459 |
| Gary Biscuiti | 525 |
| Gary Brandel | 640 |
| Gary Flowers | 296 |
| Gary Flowers | 334 |
| Gary J. Brandel | 297 |
| Gary L. Williams | 136 |
| Gene Smith | 370 |
| George Thomas | 469 |
| Gerald P Campbell | 576 |
| Geraldine Medina | 565 |
| Geryl Rathan | 418 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Glaisters Moore | 312 |
| Glaisters Moore | 451 |
| Glen Youngblood | 336 |
| Godfrey Spellen | 627 |
| Godfrey Spellen | 630 |
| Gregory Floyd | 226 |
| Guyu Liu | 363 |
| Han Wen, Esq. | 250 |
| Harminder Singh | 61 |
| Hasan Hasan | 41 |
| Hasan Hasan | 563 |
| Heather McCrackan | 216 |
| Helen Thompson | 323 |
| Hyacinthy Phillip | 301 |
| Ibrahima Jiakite | 256 |
| Ileene Laboy | 21 |
| Ilia-Aurora Lebron | 353 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Iris Hockaday | 192 |
| Isaiah B. Francis | 357 |
| Israil Takhalov | 183 |
| Jacqueline Felz | 654 |
| Jacqueline Nedd-Horston | 278 |
| Jacqueline Thompson | 591 |
| Jacques F. Augustave | 198 |
| Jacques Robbins | 329 |
| Jaime Idrovo | 456 |
| James Campbell | 470 |
| James Campbell | 471 |
| James Christophe | 609 |
| James D. Jensen | 48 |
| James Hall | 227 |
| James Hall | 255 |
| James Hayes | 272 |
| James Heffren | 131 |

| Claimant | Claims to be Withdrawn |
|---|---|
| James McGeever | 413 |
| Jamie Wingate | 547 |
| Jamie Wingate | 660 |
| Jamirul Baksh | 466 |
| Janai Greenidge | 606 |
| Janer Leal | 452 |
| Jared Acevedo | 62 |
| Jasmyne Myers | 348 |
| Jason Graham | 534 |
| Jason Stone | 43 |
| Jason Stone | 504 |
| Jean Claude Mompoint | 507 |
| Jean Legerme | 602 |
| Jean R. Verdieu | 252 |
| Jeanine Maldonado | 428 |
| Jeff Koppel | 146 |
| Jeffrey Hook | 474 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Jeffrey Pitonza | 31 |
| Jeffrey Pressman | 50 |
| Jennifer Diaz | 623 |
| Jeremiah M. Cortes | 482 |
| Jeremy Grace | 410 |
| Jerome P. Slaughter | 39 |
| Jerry Jean-Baptiste | 161 |
| Jessica Perez | 16 |
| Jessica Perez | 595 |
| Jessica Schwarz | 69 |
| Jill Baker | 366 |
| Joanna Medina | 60 |
| Joanne Czarnecki | 503 |
| Joanne Czarnecki | 642 |
| Joe A. Pena | 425 |
| Joel W. Ingold | 5 |
| John Belliveau | 465 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| John Belliveau | 671 |
| John Caddle | 650 |
| John K Stapleton | 561 |
| John K. Stapleton | 93 |
| John Lameras | 513 |
| John P. Dormihal | 560 |
| Johnnie Warren | 276 |
| Jonathan S. Thomas | 143 |
| Jorge R. Alvarez | 23 |
| Jose Estrella | 420 |
| Joseph Iglesias | 499 |
| Joseph Reekie | 177 |
| Joseph Siena | 80 |
| Joshua C. Deely | 102 |
| Joshua Edward Hale | 244 |
| Joshua J. Kittrel | 249 |
| Juan Encarnation | 416 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Juan T. Parache | 19 |
| Julissa Delao | 29 |
| Justin Kuzmyak | 107 |
| Justin M. Orlansky | 72 |
| Kaity Bland | 167 |
| Kareaparambil J. Lakshmanan | 652 |
| Karin Marrain | 225 |
| Karin Marrain | 517 |
| Kathleen M. Dart | 92 |
| Katie Gaetani | 528 |
| Kato J. Coleman | 454 |
| Keila Gomes Borges | 604 |
| Keisha Rogers | 567 |
| Keith B. Bossart | 423 |
| Keith Buccieri | 354 |
| Kellan Squire | 46 |
| Kelly Kohler | 76 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Kelsy Paulino | 558 |
| Kem Davis | 422 |
| Ken Pierre | 527 |
| Kenneth Miller | 257 |
| Kenyetta Ross | 294 |
| Kevin Doherty | 575 |
| Kevin P. Kelly | 117 |
| Kevin Russell DeShields | 637 |
| Kevin Skeete | 219 |
| Kijuan Dale | 633 |
| Kimberly A. Bownas | 536 |
| Kimberly Anderson | 54 |
| Kimberly Anderson | 579 |
| Kimberly D. Williams | 391 |
| Kirk B. Myers | 635 |
| Kristi VanDuzer | 152 |
| Kristina McKoy | 35 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Kyle Chiofolo | 74 |
| Kyle Forsythe | 2 |
| Kyle Forsythe | 351 |
| Lamont Robinson | 614 |
| Lashawnette Mitchell | 361 |
| Latausha Forland | 556 |
| Latoya Collier | 615 |
| Latoya Whitehead | 53 |
| Laurie Hagen | 648 |
| Lawrence Morra | 155 |
| Lawrence Morra | 632 |
| Lee, Chee Seng | 487 |
| Leon Jean Baptiste | 647 |
| Leonid Perelshteyr | 269 |
| Leonid Perelshteyr | 274 |
| Lesley A. Hughes | 14 |
| Leslie S. Terrell | 237 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| Claimant | Claims to be Withdrawn |
|---|---|
| Leticia Rivera-Pena | 424 |
| Leticia Rivera-Pena | 437 |
| Lewis D. Sius | 228 |
| Lisa Bookstein | 106 |
| Lisandro Rosario | 208 |
| Logan Mallett-Fuina | 514 |
| Lorenzo McClain | 405 |
| Lori Ann Bueti | 540 |
| Lori Breanner | 126 |
| Lorraine I Sheetz | 142 |
| Louis Chen | 436 |
| Louis Marquez | 373 |
| Luis E. Peralta | 65 |
| Luis E. Peralta | 66 |
| Luis Gonzalez, Jr | 30 |
| Luis Soto | 235 |
| Lyudmila Zayenchik | 417 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Maleighn A. Williams | 657 |
| Manuel Karamanos | 51 |
| Manuel Karamanos | 387 |
| Marc Thomas Page | 264 |
| Maria Moreira | 494 |
| Marianne Insogno | 398 |
| Marino E. Mercedes | 243 |
| Mario Crespo | 352 |
| Mario E. McCaskill | 79 |
| Mario E. McCaskill | 590 |
| Mario Mendoza | 55 |
| Mark Breter | 164 |
| Mark Breter | 165 |
| Mark Craigwell | 419 |
| Mark Urman | 455 |
| Mark Urman | 457 |
| Marris Abraskin | 75 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Marshall Beal | 369 |
| Marshaye Nicole Roberts | 24 |
| Marvin Whitfield | 530 |
| Maryanne Sawyer | 577 |
| Matthew Alan Strobel | 598 |
| Matthew Fremer | 84 |
| Matthew H. Smith | 27 |
| Maximo A. Diaz | 254 |
| Melanie Aarseth | 349 |
| Melchior Joseph | 310 |
| Melchior Joseph | 460 |
| Melissa Orlando | 320 |
| Melissa Palomino | 18 |
| Mels Muzdybayev | 486 |
| Menachem Kramer | 670 |
| Mercedes Tavarez | 57 |
| Metaga Coulibaly | 277 |

| **Claimant** | **Claims to be Withdrawn** |
| --- | --- |
| Michael Dixon | 109 |
| Michael G. Murray | 133 |
| Michael Ielmoni | 130 |
| Michael Mercer | 85 |
| Michael Oneal | 184 |
| Michael Spaccarelli | 87 |
| Michele Vergara | 271 |
| Michelle Carlucci | 40 |
| Michelle Freeman | 597 |
| Michelle S. Perdomo Escobar | 105 |
| Migdalia Sanchez | 15 |
| Miguel A Reyes | 64 |
| Miguel Garrison | 266 |
| Miguel Guifarro | 478 |
| Miguel Lopez | 476 |
| Miguel Lopez | 573 |
| Mila Zhitnitsky | 409 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Ming Hang Chen | 58 |
| Miriam Velez | 645 |
| Mitch Fowkes | 309 |
| Mitchell Roman | 467 |
| Monique Ellis | 625 |
| Monique Williams-Kennedy | 279 |
| Monique Williams−Kennedy | 612 |
| Morris Lee | 195 |
| Musa Olu Ayinde | 222 |
| Nashelle Harkless | 611 |
| Natacha Sanchez | 605 |
| Natasha Figueroa | 392 |
| Nelson Jean-Pierre | 665 |
| Nelson Jean-Pierre | 667 |
| Nelson Rivera Jr | 166 |
| Nelson Torres | 234 |
| Nelson Torres | 430 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Neola Bruney | 509 |
| Nicholas Falcone | 141 |
| Nicholas Festa | 649 |
| Nicholas R. Scarchilli | 124 |
| Nicholas Thamsen | 100 |
| Nichole Brady | 508 |
| Nicola Tracey | 372 |
| Norma I Restaino | 42 |
| Oliver Dean | 468 |
| Oliver Dean | 492 |
| Omar Daley-Bennett | 263 |
| Omran Khan | 7 |
| Omran Khan | 59 |
| Oral Smith | 78 |
| Orville Danvers | 554 |
| Oscar Hall | 169 |
| Oscar Hall | 191 |

| **Claimant** | **Claims to be Withdrawn** |
| --- | --- |
| Osman Carrasco | 77 |
| Padius Martin | 258 |
| Pamela Bishop | 519 |
| Patricia Cross | 128 |
| Patricia Huner | 360 |
| Patrick Lombardo | 223 |
| Patrick Lombardo | 358 |
| Patrycja Dziedzic | 45 |
| Patrycja Dziedzic | 559 |
| Paul A. Walker | 134 |
| Paul Arriaga | 622 |
| Paulette Grimes | 620 |
| Pesach H S Zirkind | 119 |
| Peter N. Wolf | 475 |
| Pierre Toussaint | 214 |
| Rannay McLennon | 220 |
| Rannon Simmette | 229 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Raphael Chery | 242 |
| Ravkhesed Roby | 253 |
| Rav-Khesed Roby | 230 |
| Rayan Gray | 628 |
| Raymond Garlitz | 108 |
| Raymond Guity | 461 |
| Rebecca Li | 63 |
| Regina Aybar | 3 |
| Reginald Kerby | 571 |
| Richard Pilo | 537 |
| Richard Thurman | 260 |
| Rick Hereford | 572 |
| Robert Gerlach | 395 |
| Robert Lunde | 82 |
| Robert Nathan | 28 |
| Robert Parisi | 86 |
| Robert Sharp | 379 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Robert Walsh | 12 |
| Roberto A Mejia | 442 |
| Robinson Garcia jr | 613 |
| Rodney Ballah | 295 |
| Roger Keen | 193 |
| Roman Gerws | 186 |
| Ronald Joseph | 496 |
| Ronnie Murchinson | 347 |
| Rosanna Ruotolo | 97 |
| Rose M Moran | 70 |
| Roshan Ali | 533 |
| Roshan Ali | 666 |
| Rufina Bovell | 518 |
| Rufina M. Bovell | 520 |
| Rufina M. Bovell | 521 |
| Samuel Edwards | 37 |
| Samuel Joseph Streeter | 385 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Sanco Davis Jr. | 431 |
| Sanco Davis Jr. | 447 |
| Sandra Bryan | 616 |
| Saury M. Valerio | 608 |
| Savannah Coogan | 172 |
| Scott Merritt | 25 |
| Shabodeen Shemsedin | 515 |
| Shaheed Alli | 490 |
| Shamar Paisley | 206 |
| Shameeka Asia Ien | 566 |
| Shamir Ali | 644 |
| Shamir Ali | 661 |
| Shane Fredericks | 393 |
| Shannan Greaves | 291 |
| Shannon Doxakopoulos | 118 |
| Sharon R. Frazier | 158 |
| Sharonne Spencer | 483 |

| Claimant | Claims to be Withdrawn |
|---|---|
| Shawn Bonadie | 462 |
| Shelly Taber | 90 |
| Sheriff Davis | 273 |
| Sherry Ayala | 159 |
| Spencer A. Wood | 638 |
| Stacie C. Johnson | 200 |
| Sterling Timberlake-Brown | 71 |
| Steve Gomez | 434 |
| Steven Weiss | 180 |
| Stuart Wells | 10 |
| Susan Bratkowski | 441 |
| Suzette Davis−Mcleod | 493 |
| Swarna Gummadi | 532 |
| Tahirih K Graves | 592 |
| Tai Hall | 17 |
| Tai Hall | 356 |
| Tammy Reed | 8 |

| **Claimant** | **Claims to be Withdrawn** |
| --- | --- |
| TaNiesha Wigfall | 580 |
| Tavon Lane | 368 |
| Thomas Fuchs | 282 |
| Thomas Huang | 149 |
| Thomas J. Marzigliano | 22 |
| Thomas Pulcher | 574 |
| Tiffany E. Nagy | 213 |
| Tiffany Odom | 378 |
| Timothy Daniel Hill Jr. | 201 |
| Timothy Gioia | 116 |
| Timothy Long | 95 |
| Timothy Zalesny | 305 |
| Tisha Lasaine | 402 |
| Tisha Lasaine | 631 |
| Todd Kyser | 137 |
| Todd Kyser | 406 |
| Tracy H. Lombardo | 83 |

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Tracy M. Beers | 89 |
| Tracy Morris | 148 |
| Travis Giddings | 267 |
| Trevor Byer | 472 |
| Trevor Stephens | 531 |
| Tyler Biuso | 104 |
| Tylona Anderson | 355 |
| Tyquan Brown | 668 |
| Tyrone Frazier | 293 |
| Tywan L. Oliver | 394 |
| Vaughn Robbins | 335 |
| Vaughn Robbins | 643 |
| Vejai Brijlal | 56 |
| Vicente Pinargote | 325 |
| Victor A. Emeghali | 194 |
| Victor M. Julien | 479 |
| Victor Oliver | 367 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Victoria Rose Mapes | 171 |
| Vimal N. Soomai | 145 |
| Vincent Guarneri | 110 |
| Vincent J. Valentino | 549 |
| Vincente Pinargote | 123 |
| Vishnu Ramphal | 505 |
| Viteli Marrero | 570 |
| Warren Eisenstadt | 67 |
| Wayne Thompson | 600 |
| Wenceslao David Perez | 388 |
| Wilfredo Velez | 120 |
| William A Barry IV | 359 |
| William Barry | 156 |
| William Francis Young III | 380 |
| William Lutz | 261 |
| William N. Harper | 365 |
| Yefim Liberchuk | 212 |

Docusign Envelope ID: EACF6FF4-2CF8-4699-9795-91A50D59AB21

| **Claimant** | **Claims to be Withdrawn** |
|---|---|
| Yevheniy Pyatosin | 140 |
| Yolanda Johnson | 601 |
| Yvonne Betancourt | 151 |
| Yvonne Betancourt | 415 |
| Yvonne Betancourt | 523 |
| Zechariah Love | 658 |
|  |  |